IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
SHAUNA EMERY and JOSEPH KRAFT,      )
                                    )    2:11-cv-00418-GEB-EFB
              Plaintiffs,           )
                                    )
         v.                         )    ORDER RE: SETTLEMENT AND
                                    )    DISPOSITION
GENERAL MOTORS COMPANY,             )
                                    )
              Defendant.*           )
_____    )
```

Plaintiffs filed a "Notice of Settlement" on January 30, 2012, in which they state, "the parties[ have] successful[ly] resol[ved the] instant matter." (ECF No. 13.) Plaintiffs request the Court "retain jurisdiction over the matter for a period of no less than sixty (60) days . . . for the full execution of the terms of the settlement agreement[.]" Id.

Therefore, a dispositional document shall be filed no later than March 30, 2012. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

---

* The caption has been amended to reflect the automatic dismissal of Doe Defendants prescribed in the June 9, 2011, Status (Pretrial Scheduling) Order. (ECF No. 11, 1:25-2:6.)

1

Further, the final pretrial conference and trial will remain on calendar in the event no dispositional document is filed, or if this action is not otherwise dismissed.[2]

IT IS SO ORDERED.

Dated:  January 31, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[2] The final pretrial conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2